**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

In re:

**SOUTHERN INDUSTRIAL MECHANICAL**     Case No. 18-10261
**MAINTENANCE COMPANY, LLC,**     Chapter 11

    Debtor.

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that R. Campbell Hillyer and the law firm of Butler Snow LLP represent the secured creditor IBERIABANK ("Iberia") as party-in-interest in the above referenced case.

The undersigned, pursuant to FED. R. BANKR. P. 9010(b), requests that the Bankruptcy Clerk place the following name and address on the matrix of creditors to receive all notices given or required to be given in this case and all papers served or required to be served in this case including, without limitation, all notices required by FED. R. BANKR. P. 2002 and 3017:

**R. Campbell Hillyer**
**BUTLER SNOW LLP**
6075 Poplar Avenue, Suite 500
Memphis, TN 38119
(901) 680-7326
(901) 680-7201 facsimile
cam.hillyer@butlersnow.com

PLEASE TAKE FURTHER NOTICE that the foregoing constitutes only a request for service and does not constitute consent to the jurisdiction of the Bankruptcy Court or a waiver of the right to a jury trial.

**Dated:  February 12, 2018**

**BUTLER SNOW LLP**

/s/ R. Campbell Hillyer
R. Campbell Hillyer (22124)
6075 Poplar Avenue, Suite 500
Memphis, TN 38119
(901) 680-7200
(901) 680-7201 facsimile
cam.hillyer@butlersnow.com
Attorneys for IBERIABANK

### CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served on all parties receiving ECF notice in this case on this 12th day of February 2018.

/s/ R. Campbell Hillyer